IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:                              :        CASE NO.  12-01919 (ESL)
                                    :
LUIS FRANCISCO SERRANO APONTE       :        CHAPTER 13
                                    :
                                    :
        Debtor                      :
_____:

## OPINION AND ORDER

This case came before the court for a hearing on June 11, 2012 to consider the Chapter 13 trustee's motion to dismiss and for a confirmation hearing.  In addition to this case the court also considered three additional cases filed by petition preparer Mr. Valentin Valdés (Cases number 12-01684, 12-01840 and 12-01842).  The court dismissed the bankruptcy petition at the hearing for debtor's failure to appear at the 341 meeting of creditors, failure to file a Chapter 13 plan, failure to file schedules, failure to make any payments to the Chapter 13 trustee and failure to appear at the hearing.  11 U.S. C. § 1307 (c) (1, 3, and 10).  The court retained jurisdiction to determine if any sanctions should be imposed against Mr. Valdés.  After considering all relevant facts, the court finds and concludes that sanctions are appropriate.  However, the sanctions are the ones imposed in cases number 12-01840 and 12-01842, as reflected on the orders entered on even date in said cases, that is, Mr. Valdés is hereby enjoined from acting as a bankruptcy petition preparer pursuant to 11 U.S.C. 110(h)(4), (j)(2)(B) and (j)(3).

On June 29, 2012 the Chapter 13 trustee filed a final report and account on a dismissed case. No further action is reflected in the docket.  Consequently, the Clerk shall close the instant case.

SO ORDERED.

In San Juan, Puerto Rico, this 14th  day of September, 2012.

Enrique S. Lamoutte
United States Bankruptcy Court